I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3/3/2011

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR - 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE MORGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>V. CHAKMAKIAN, et al.,<br><br>    Defendants. | Case No. CV 10-4345-DOC (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a _de novo_ determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) plaintiff's claims for monetary damages against all defendants in their official capacities are dismissed without leave to amend; (2) defendants' motion to dismiss is granted with leave to amend with respect to: (a) plaintiff's claims against all defendants in their individual capacities pursuant to the First Amendment, and (b) plaintiff's claims against defendants Jamie, Cervantes, and Stole in their individual capacities pursuant to the Eighth Amendment; (3) defendants' motion to

dismiss is denied with respect to plaintiff's Eighth Amendment claim against defendant Chakmakian in his individual capacity; and (4) if plaintiff still desires to pursue any of his First Amendment claims, or his Eighth Amendment claims against defendants Jamie, Cervantes, and Stole, in their individual capacities, he is ordered to file a First Amended Complaint remedying the deficiencies of those claims as discussed in the Report and Recommendation within thirty (30) days of the service date of this Order.

DATED: March 2, 2011

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE